**JASON M. RUND**
**840 APOLLO ST., STE. 351**
**EL SEGUNDO, CA 90245**
**(310) 640-1200 PHONE**
*trustee@srlawyers.com*

**CHAPTER 7 TRUSTEE**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LUX BEAUTY GROUP, INC.<br><br><br><br><br><br><br><br>                    Debtor. | Case No.: 2:18-bk-19855 ER<br><br>Chapter 7<br><br>**TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & CO., LLP AS ACCOUNTANTS; DECLARATIONS OF ACCOUNTANT AND CHAPTER 7 TRUSTEE**<br><br>[No Hearing Required] |

**TO THE HONORABLE ERNEST ROBLES UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND OTHER INTERESTED PARTIES**

Jason M. Rund (hereinafter the "Trustee" or "Applicant") applies to the court for an Order authorizing the employment of Hahn Fife & Company, LLP (hereinafter "Hahn Fife"), as his accountants (hereinafter "Application") and respectfully represents as follows:

1. Applicant is the duly-qualified and acting Chapter 7 Trustee in the above-captioned case.

2. Attached as Exhibit "A" is a copy of the Notice of Application of Trustee to Employ Hahn Fife & Company, LLP, as Accountants.

3. Applicant proposes to employ Hahn Fife & Company, LLP ("Hahn Fife") to provide accounting services to the bankruptcy estate that include preference analysis and valuation, preparing and filing the necessary state and federal estate tax returns, review of financial documents and any other reasonable duties assigned by the Trustee.

4. As indicated by the attached Declaration of Donald T. Fife, Hahn Fife is experienced in bankruptcy accounting matters, including those involving trustees, bankruptcy estates, and tax matters included in bankruptcy estates. The firm is competent to perform the requisite accounting services in this case. The firm's breadth of experience and length of service is described in the resumes copies of which are attached as Exhibit "B".

5. As indicated by the attached Declaration of Donald T. Fife, Hahn Fife is familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and will comply with the Code and the Rules. Hahn Fife has agreed to perform accounting services and to thereafter make application to this Court for compensation. Hahn Fife has further agreed and will accept as their fee such amount as is determined by the Court to be reasonable and proper.

6. Applicant proposes to retain Hahn Fife upon the following basis: Except as the Court may otherwise determine, after due notice, Hahn Fife will petition the Court under 11 U.S.C. Section 330 for an allowance of fees and reimbursable costs not more often than every 120 days. The petition will be heard upon notice to necessary parties. Hahn Fife will accept

2

1  compensation and reimbursements of expenses in such amounts that the Court may award. There
2  will be no written employment agreement apart from this Application. The only source of
3  payment or compensation will be the estate. No retainer has been paid or is being proposed to
4  Hahn Fife.
5      7.   To the best of Applicant's knowledge, Hahn Fife: (1) does not hold or
6  represent any interest adverse to Applicant, the Debtor, the creditors, and the estate; (2) has no
7  connection with the Debtor, the creditors, any other party in interest, their respective attorneys
8  and accountants, the United States Trustee, any person employed in the office of the United
9  States Trustee, or any bankruptcy judge in the United States Bankruptcy Court for the Central
10 District of California; (3) is a disinterested person as that term is defined in 11 U.S.C. Section
11 101(14); and (4) holds no pre-petition claim against the estate.
12
13     **WHEREFORE**, Applicant respectfully requests an order: (1) authorizing her to
14 employ Hahn Fife as accountants, effective January 19, 2019, as an administrative expense of the
15 estates upon the terms and conditions in this application; (2) granting for such other and further
16 relief as is just and proper.
17
    DATED: 1/22/2019
18
19                              Jason M. Rund
20                              Chapter 7 Trustee
21
22
23
24
25
26
27
28                    3

## DECLARATION OF JASON M. RUND

I, Jason M. Rund, declare as follows:

1. I am the duly-acting and qualified Chapter 7 Trustee of the estate of Lux Beauty Group, Inc. ("Debtor").

2. I have personal knowledge of the facts in this declaration; except those facts that are based upon information and belief and as to those facts I believe such facts to be true. If called as a witness, I could competently testify to the facts in this declaration.

3. I have determined that it was necessary to employ a certified public accountant to provide accounting services that include preparing and filing the federal and state estate tax returns, review of financial documents, preference and valuation analysis and any other reasonable duties assigned by me in this estate.

4. I desire to utilize Hahn Fife's accounting expertise and services and to employ Hahn Fife as my accountants, effective January 19, 2019. I believe that Hahn Fife's employment is economical and prudent.

5. Except as provided herein, to the best of my knowledge and based upon Mr. Fife's Declaration filed concurrently herewith,

   a. Hahn Fife and Mr. Fife have no connection with the Debtor, his insiders, creditors, any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the U.S. Trustee;

   b. Hahn Fife and Mr. Fife are not creditors, equity security holders or insiders of the Debtor;

   c. Hahn Fife and Mr. Fife are not and were not investment bankers for any outstanding security of the Debtor;

   d. Hahn Fife and Mr. Fife have not been within three(3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or any representative for such an investment banker in connection with the offer, sale or issuance of

4

1    any security of the Debtor;

2          e.    Hahn Fife and Mr. Fife are not and were not, within two (2) years before the date of filing of the petition herein, directors, officers or employees of the Debtor or of any investment banker for any security of the Debtor.

5          f.    Hahn Fife and Mr. Fife do not represent an individual or entity which holds an interest adverse to the bankruptcy estate; and

7          g.    Mr. Fife is not related to the bankruptcy judge in this case.

8    6.    Hahn Fife and Mr. Fife will not receive a retainer in this case.

9    I declare under penalty of perjury that the foregoing is true and correct. Executed at El Segundo, California, on 1/22/2019.

                         /s/ Jason M. Rund  
                         Jason M. Rund  
                         Chapter 7 Trustee

5

## DECLARATION OF DONALD T. FIFE

I, Donald T. Fife, declare as follows:

1. I am a duly-licensed certified public accountant in the State of California and a Partner in the firm of Hahn Fife & Company, LLP.

2. I have personal knowledge of the facts in this Declaration and, if called as a witness, could competently testify to these facts.

3. The firm is experienced in bankruptcy matters, including those involving trustees, bankruptcy estates, and issues relating to the tax effects from sale of estate assets. I am competent to perform the requisite accounting services in this case. The firm's breadth of experience and length of service is described in the resume a copy of which is attached as Exhibit B.

4. I am familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and will comply with the Code and Rules.

5. I agree to the terms and conditions of employment in the foregoing application. I am willing to accept compensation and reimbursement of expenses in such amounts that the Court may award. I understand that my compensation may be modified under U.S.C. Section 330, if so warranted. No retainer has been paid or is being proposed to the firm.

6. The firm does not hold or represent any interest adverse to Applicant, the Debtors, the creditors, and the estate. The firm has no connection with the Debtors, the creditors, any other party in interest, their respective attorneys and accountants, United States Trustee, and person employed in the office of the United States Trustee, or any bankruptcy judge in the United States Bankruptcy Court for the Central District of California. The firm is a disinterested party as that term is defined in 11 U.S.C. Section 101(14). The firm holds no pre-petition claim against the estate.

7. I agree that I will not share my compensation with any person or entity.

6

8. Attached as Exhibit "C" is a schedule of the firm's rate of reimbursement of expenses. The firm's rates range from $80.00 for Staff to $420.00 for Partner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Pasadena, California on JANUARY 23, 2019.

*[signature]*
DONALD T. FIFE
Hahn Fife & Company, LLP

7

**EXHIBIT A**

**NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & CO., LLP AS ACCOUNTANTS**

1  JASON M. RUND
   840 APOLLO ST., STE. 351
2  EL SEGUNDO, CA 90245
   (310) 640-1200 PHONE
3  *trustee@srlawyers.com*

4
   CHAPTER 7 TRUSTEE
5

6

7

8

9           UNITED STATES BANKRUPTCY COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11                 LOS ANGELES DIVISION

12  In re                        )  Case No. 2:18-bk-19855-ER
13                               )  Chapter 7
    LUX BEAUTY GROUP, INC.       )
14                               )  NOTICE OF TRUSTEE'S APPLICATION
                                 )  TO EMPLOY HAHN FIFE & COMPANY,
15                               )  LLP AS ACCOUNTANTS
16                               )  [No Hearing Required]
                                 )
17           Debtor.              )
18  ─────────────────────────────

19  **TO ALL PARTIES IN INTEREST:**

20          **NOTICE IS HEREBY GIVEN** that Jason M. Rund (hereinafter the "Trustee" or

21  "Applicant") intends to submit an application to employ Hahn Fife & Company, LLP as his

22  accountants in the above-captioned bankruptcy proceeding effective January 19, 2019 as the date

23  when services commenced.

24          The scope of Hahn Fife's employment will include review of financial documents,

25  preference and valuation analysis, preparing and filing the necessary state and federal estate tax

26  returns, as well as to prepare the bankruptcy estate accounting necessary to the preparation of

27  said tax returns and other reasonable duties assigned by the Trustee.

28

1  The terms of employment of the Firm agreed to by the Trustee, subject to
2 approval of the Court, are that the Firm will undertake representation of the Trustee at a rate
3 between $<u>80.00</u> and $<u>420.00</u> per hour, depending on the experience and expertise of the
4 accountant or staff performing the work.
5  The Firm will apply to the Court for approval of compensation in accordance with
6 the provisions of 11 U.S.C. Section 330 and agrees to accept as compensation such sums as the
7 Court may allow.
8  Except at provided herein, to the best of Trustee's knowledge, and based upon the
9 statement of disinterestedness filed concurrently herewith,
10  a. Neither the Firm nor any of the attorneys employed by the Firm has
11 any connection with the Debtor, the Trustee, insiders, creditors, or any other party or parties in
12 interest, their respective attorneys and accountants, or any person employed in the Office of the
13 United States Trustee;
14  b. The Firm is not a creditor, an equity security holder or an insider of
15 the Debtor;
16  c. The Firm is not and was not an investment banker for any
17 outstanding security of the Debtor;
18  d. The Firm has not been within three (3) years before the date of the
19 filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for
20 such an investment banker in connection with the offer, sale or issuance of any security of the
21 Debtor;
22  e. The Firm is not and was not, within two (2) years before the date of
23 the filing of the petition herein, a director, officer or employee of the Debtor or of any investment
24 banker for any security of the Debtor;
25  f. The Firm does not represent an individual or entity which holds a
26 interest adverse to the estate; and
27
28

1        g.    None of the Firm's partners or employees is related to the
2 bankruptcy judge in this case.
3        The Firm is disinterested within the meaning of 11 U.S.C. Section 2014-1(a) and
4 101(14).
5        The Firm has no fee sharing arrangement, understanding or compensation sharing
6 arrangement with any other entity, and no part of the accountant's fees or expenses awarded to
7 the Firm will be paid to any other entity.
8        The Firm will not receive a retainer in this case. The employment of the Firm is
9 in the best interests of the Trustee and the estate.
10       Requests for a copy of the Application should be in writing and directed to
11 Donald T. Fife, Hahn Fife & Company, LLP at 790 E. Colorado Blvd., 9th Floor, Pasadena, CA
12 91101.
13       PLEASE TAKE FURTHER NOTICE pursuant to Local Bankruptcy Rule 2014-
14 1(b)(3)(E), that any response and request for hearing on the Application must be in the form as
15 required by LBR 9013-1(f)(1), filed with the Clerk of the United States Bankruptcy Court, 255 E.
16 Temple Street, Los Angeles, California 90012, no later than fourteen (14) days from the date of
17 service of this Notice, plus an additional three (3) days unless this Notice was served by personal
18 delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). The Trustee will set a hearing date
19 and send out notice thereto if any such response is timely received. No hearing will be held if no
20 response and request for hearing is received.
21
22
23 Dated: 1/22/2019
24
25                                                Jason M. Rund
26                                                Chapter 7 Trustee
27
28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
790 E. COLORADO BLVD., 9TH FLOOR, PASADENA, CA 91101

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY AS ACCOUNTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) __1-28-19__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) __1-28-19__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVICE ON JUDGE NOT REQUIRED PER LBR 5005-2(d)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1-28-19 | Martha Quintero | /s/ Martha Quintero |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

   - **Glenn Ward Calsada**    glenn@calsadalaw.com, lnw@calsadalaw.com;gottalawyer@yahoo.com,glenn@calsadalaw.com
   - **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
   - **Anthony A Friedman**    aaf@lnbyb.com
   - **Leib M Lerner**    leib.lerner@alston.com, autodockettest-lax@alston.com
   - **Kurt Ramlo**    kr@lnbyb.com, kr@ecf.inforuptcy.com
   - **Elizabeth Redmond**    notices@becket-lee.com
   - **Jason M Rund (TR)**    trustee@srlawyers.com, jrund@ecf.epiqsystems.com
   - **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL:**

   Honorable Ernest M. Robles
   United States Bankruptcy Court, Judge
   Edward R. Roybal Federal Building and Courthouse
   255 E. Temple Street, Suite 1560
   Los Angeles, CA 90012

   **Debtor**
   Lux Beauty Group, Inc.
   100 Wilshire Blvd., Suite 700
   Santa Monica, CA 90401-3602

   **Twenty Largest Unsecured Creditors**

   | | | |
   |---|---|---|
   | ACT Labs<br>Accounting Dept.<br>13115 Telegraph Road<br>Santa Fe Springs, CA 90670 | Beth Bronner<br>1246 N. State Parkway<br>Chicago, IL 60610 | Birchbox, Inc. AP<br>28 East 28th Street, 12 Floor<br>New York, NY 10016 |
   | Diane Jastromb<br>105 Oakmont Road<br>Highland Park, IL 60035 | Dutch LLC<br>5301 S. Santa Fe Avenue<br>Los Angeles, CA 90058 | Fulemay International Ltd.<br>No. 16, Fuxing Road<br>Baihao Dstrct, Houjie Twn, Dongguan<br>Guangdoing, China 523957 |
   | Global Ingredient Solutions<br>Finance Dept, Global<br>Ingredient Sol<br>202 Fashion Lane #202 | Hangzhou Rensheng Import<br>Gaoqiao Industrial Estate<br>Cangqian Twn Yuhang<br>Hangzhou, China 3111115 | Henri P. Sorino<br>19 Haverhill Rd.<br>Laguna Niguel, CA 92678 |
   | Hogan Lovells US LLP<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067 | Inviti<br>c/o Joo Hyung In<br>EHOO Law Group<br>20 F, Aju Bldg, 201<br>Teheran-ro, Gangnam-gu,<br>Seoul, Korea | John Orcutt<br>3221 N. San Sebastian<br>Tucson, AZ 85715 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    12    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Linda Glick<br>950 N. Michigan Avenue<br>#3006<br>Chicago, IL 60611 | Mark Jacoby<br>834 Ellesmere Way<br>Oak Park, CA 91377 | Michael Digregorio<br>1420 Kingsboro Court<br>Westlake Village, CA 91362 |
| Richard Kronman<br>30111 Harvester Road<br>Malibu, CA 90265 | Roger Wood<br>2011 Palomar Airport Road,<br>Suite 203<br>Carlsbad, CA 92011 | Sassola Trust<br>7771 Heron Ct.<br>Goleta, CA 93117 |
| Scott Franzblau<br>22 Joseph Street<br>Manalapan, NJ 07726 | Tammy Sorino<br>18 Haverhill Rd.<br>Laguna Niguel, CA 92677 | |

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**

None

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    13    F 9013-3.1.PROOF.SERVICE

**EXHIBIT B**

**FIRM STATEMENT OF QUALIFICATIONS — HAHN FIFE & CO., LLP**

## *Firm Statement of Qualifications*

The Firm was formed in September of 2003 and provides accounting and consulting services relating primarily to bankruptcy, litigation, turnaround, fraud and receivership matters. The Firm's professionals have extensive experience and training in these specialized fields of accounting practice and have served a broad range of clients in Southern California for many years. Following are brief summaries of the qualifications of firm's current professional staff. It is expected that the Firm will add professional staff as required to serve client needs.

### *Donald T. Fife, CPA*

Mr. Fife currently practices exclusively in bankruptcy, turnaround and litigation consulting, providing services such as financial analysis, forensic accounting, tax services and expert witness testimony. He serves clients such as bankruptcy trustees, creditors, debtors, creditor's committees and parties to civil litigation.

Mr. Fife has over 16 years of business and financial experience in accounting, bankruptcy, turnaround, taxation and fraud investigation. He formerly practiced as an accountant and consultant with Price Waterhouse, FTI Policano & Manzo, PHB Hagler Bailly, Inc., Biggs & Company and Spicer & Oppenheim. Over the last 14 years, his career has been concentrated in the areas of bankruptcy, turnaround, and litigation support.

Mr. Fife is a Certified Public Accountant licensed in California. He is also a member of the American Institute of Certified Public Accountants, the California Society of CPA's, the National Association of Bankruptcy Trustees, the American Bankruptcy Institute, and the California Bankruptcy Forum. He received his bachelor's degree in Business Administration/Accounting from California State University at Los Angeles.

Hourly Rate: $420.00

**EXHIBIT C**

**EXPENSE RATE REIMBURSEMENT WORKSHEET -- HAHN FIFE & CO., LLP**

## RATES FOR REIMBURSEMENT OF INCURRED EXPENSES
## HAHN FIFE & COMPANY, LLP

| | |
|---|---|
| PHOTOCOPYING | $0.10 PER PAGE |
| TELECOPIER - INCOMING | $0.15 PER PAGE |
| OUTGOING | $1.00 PER PAGE |
| MILEAGE | $0.27 PER MILE |
| TELEPHONE | ACTUAL COST |
| POSTAGE | ACTUAL COST |
| MESSENGER | ACTUAL COST |
| OVERNIGHT MAIL | ACTUAL COST |
| ON-LINE COMPUTER RESEARCH | ACTUAL COST |
| FILING FEES | ACTUAL COST |
| DEPOSITION OR WITNESS FEES | ACTUAL COST |
| PARKING | ACTUAL COST |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
790 E. COLORADO BLVD., 9TH FLOOR, PASADENA, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY AS ACCOUNTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1-28-19, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Glenn Ward Calsada    glenn@calsadalaw.com, lnw@calsadalaw.com;gottalawyer@yahoo.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Anthony A Friedman    aaf@lnbyb.com
- Leib M Lerner    leib.lerner@alston.com, autodockettest-lax@alston.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- Elizabeth Redmond    notices@becket-lee.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.epiqsystems.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Diane C Weil    dcweil@dcweillaw.com, diane.c.weil@Gmail.com,dweil@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 1-28-19, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor / Lux Beauty Group, Inc. / 100 Wilshire Blvd., Suite 700 / Santa Monica, CA 90401

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVICE ON JUDGE NOT REQUIRED PER LBR 5005-2(d)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1-28-19 | Martha Quintero | /s/ Martha Quintero |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE