Jason M. Rund
840 Apollo Street, Suite 351
El Segundo, CA  90245
Telephone: (310) 640-1200
Facsimile:  (310) 640-0200
Email:     trustee@srlawyers.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re: | Case No.: 2:18-bk-19855-ER |
|---|---|
| LUX BEAUTY GROUP, INC., | [Chapter 7] |
| Debtor. | NOTICE OF UNCLAIMED FUNDS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE RULE 3011 |

    Pursuant to Federal Rules of Bankruptcy Procedure rule 3011, the undersigned Trustee tenders check number 2032 in the amount of $27.24 together with Attachment A which sets forth all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is being paid into court pursuant to 11 U.S.C. §347(a).

Dated: October 22, 2020    /s/ Jason M. Rund
                                                 Jason M. Rund

ATTACHMENT A - NOTICE OF UNCLAIMED FUNDS

| Entity Name | Amount Entitled |
|---|---|
| Paapri Cloud Technologies<br>1400 E. Angela Blvd, Unit 160<br>South Bend, IN 46617 | $27.24 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

840 Apollo Street, Suite 351, El Segundo, CA  90245

A true and correct copy of the foregoing document entitled Notice of Unclaimed Funds Pursuant to Federal Rules of Bankruptcy Procedure Rule 3011 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On October 22, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On October 22, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Creditor
Paapri Cloud Technologies
1400 E. Angela Blvd, Unit 160
South Bend, IN 46617

Paapri Cloud Technologies
Accounting Department
300 S. St. Louis Blvd, Ste 204
South Bend, IN 46617

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:**  Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 22, 2020 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**